IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ANTONIO D. PENNYMAN,**

                          Petitioner,

    v.

**GIGI MATTESON,**

                          Respondent.

Case No. 23-cv-02588 AC

[~~PROPOSED~~] ORDER

    Petitioner is a state prisoner, proceeding without counsel, with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C § 2254.  Pending before the Court is Respondent's First Request for an Extension of Time to File a Response.

    Good cause appearing, IT IS HEREBY ORDERED.

    1. Respondent's First Request for an Extension of Time to File a Response is granted;

    2. Respondent's response to the Petition is due on or before February 26, 2024.

Dated:  February 12, 2024

                                                             */s/ Allison Claire*
                                                             ALLISON CLAIRE
                                                             UNITED STATES MAGISTRATE JUDGE