UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO D. PENNYMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GIGI MATTESON,<br><br>　　　　Respondent. | No. 2:23-cv-02588 AC<br><br><br><br>ORDER |

　　Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On February 22, 2024, respondent filed a motion to dismiss the petition. Petitioner has not opposed respondent's motion. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in the dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 1, 2024

　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE