UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO D. PENNYMAN,<br><br>  Petitioner,<br><br>  v.<br><br>GIGI MATTESON,<br><br>  Respondent. | No. 2:23-cv-02588-TLN-AC<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 16.)  Petitioner filed objections to the findings and recommendations, which the Court considered.  (ECF No. 17.)

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on July 29, 2024 (ECF No. 16), are ADOPTED IN FULL;
2. The Court GRANTS Respondent's Motion to Dismiss (ECF No. 10);
3. The Court DISMISSES Petitioner's Application for Writ of Habeas Corpus (ECF No. 1) without prejudice;
4. The Court DENIES Petitioner's Motion to Vacate his RVR-115 (ECF No. 18);
5. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
6. The Clerk of Court is directed to close this case.

Date: September 5, 2024

Troy L. Nunley
United States District Judge

2